# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 18-10383-AMC

DAVID W REYNOLDS
SHANNON M REYNOLDS
9636 CONVENT AVENUE

PHILADELPHIA, PA 19114

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DAVID W REYNOLDS
    SHANNON M REYNOLDS
    9636 CONVENT AVENUE

    PHILADELPHIA, PA 19114

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

Date: 7/31/2018

                                                 /S/ William C. Miller
                                                 _____
                                                 William C. Miller, Esquire
                                                 Chapter 13 Standing Trustee