IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BK. No. 18-10383 AMC |
| DAVID W. REYNOLDS | : | |
| SHANNON M. REYNOLDS | : | Chapter No. 13 |
| Debtors | : | |
| | : | |
| DITECH FINANCIAL LLC | : | |
| Movant | : | |
| v. | : | 11 U.S.C. §362 |
| DAVID W. REYNOLDS | : | |
| SHANNON M. REYNOLDS | : | |
| Respondents | : | |

**ORDER GRANTING RELIEF FROM THE STAY IN ORDER TO PROCEED WITH LOAN MODIFICATION**

**AND NOW**, this         day of                , 2018, at **PHILADELPHIA**, upon Motion of **DITECH FINANCIAL LLC** (Movant), it is:

**ORDERED**, that approval and recording (if applicable) of the loan modification shall in no way constitute a violation of the automatic stay; and it is further;

**ORDERED** that Movant shall be permitted to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law;

**ORDERED** that Rule 4001(a)(3) is not applicable and **DITECH FINANCIAL LLC** may immediately enforce and implement this Order granting Relief from the Automatic Stay for the limited purpose of recording and completing the loan modification.

**Date: September 14, 2018**

_____
ASHELY M. CHAN, Bankruptcy Judge

WILLIAM C MILLER, ESQUIRE (TRUSTEE)
P.O. BOX 1229
Philadelphia, PA 19105

SHANNON M. REYNOLDS
9636 CONVENT AVENUE
PHILADELPHIA, PA 19114

JOHN L MCLAIN, ESQUIRE, ESQUIRE
PO BOX 123
NAREBERTH, PA 19072

DAVID W. REYNOLDS
9636 CONVENT AVENUE
PHILADELPHIA, PA 19114