United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
David W. Reynolds  
Shannon M. Reynolds  
    Debtors

Case No. 18-10383-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: Sep 14, 2018  
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2018.  
db/jdb      +David W. Reynolds,   Shannon M. Reynolds,   9636 Convent Avenue,   Philadelphia, PA 19114-3604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2018 at the address(es) listed below:  
         JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com  
         JOHN L. MCCLAIN    on behalf of Debtor David W. Reynolds aaamcclain@aol.com, edpabankcourt@aol.com  
         JOHN L. MCCLAIN    on behalf of Joint Debtor Shannon M. Reynolds aaamcclain@aol.com,  
          edpabankcourt@aol.com  
         KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                  TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BK. No. 18-10383 AMC |
| DAVID W. REYNOLDS | : | |
| SHANNON M. REYNOLDS | : | Chapter No. 13 |
| Debtors | : | |
| | : | |
| DITECH FINANCIAL LLC | : | |
| Movant | : | |
| v. | : | 11 U.S.C. §362 |
| DAVID W. REYNOLDS | : | |
| SHANNON M. REYNOLDS | : | |
| Respondents | : | |

**ORDER GRANTING RELIEF FROM THE STAY IN ORDER TO PROCEED WITH LOAN MODIFICATION**

**AND NOW**, this       day of            , 2018, at **PHILADELPHIA**, upon Motion of **DITECH FINANCIAL LLC** (Movant), it is:

**ORDERED**, that approval and recording (if applicable) of the loan modification shall in no way constitute a violation of the automatic stay; and it is further;

**ORDERED** that Movant shall be permitted to communicate with the Debtors and Debtors' counsel to the extent necessary to comply with applicable non-bankruptcy law;

**ORDERED** that Rule 4001(a)(3) is not applicable and **DITECH FINANCIAL LLC** may immediately enforce and implement this Order granting Relief from the Automatic Stay for the limited purpose of recording and completing the loan modification.

**Date: September 14, 2018**

_____
ASHELY M. CHAN, Bankruptcy Judge

WILLIAM C MILLER, ESQUIRE (TRUSTEE)
P.O. BOX 1229
Philadelphia, PA 19105

SHANNON M. REYNOLDS
9636 CONVENT AVENUE
PHILADELPHIA, PA 19114

JOHN L MCLAIN, ESQUIRE, ESQUIRE
PO BOX 123
NAREBERTH, PA 19072

DAVID W. REYNOLDS
9636 CONVENT AVENUE
PHILADELPHIA, PA 19114