# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Shannon M. Reynolds<br>            David W. Reynolds<br>                              Debtor(s) | CHAPTER 13 |
| Ditech Financial LLC, its successors and/or assigns<br>                              Movant<br>            vs.<br>Shannon M. Reynolds<br>David W. Reynolds<br>                              Debtor(s)<br>William C. Miller Esq.<br>                              Trustee | NO. 18-10383 amc |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Ditech Financial LLC, which was filed with the Court on or about **February 9, 2018; Docket No. 20**.

                              Respectfully submitted,

                              **/s/ Kevin G. McDonald, Esquire**
                              Kevin G. McDonald, Esquire
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              215-627-1322

October 2, 2018