United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-10383-amc
David W. Reynolds                                                         Chapter 13
Shannon M. Reynolds
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Jan 13, 2020
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14063395        E-mail/Text: bankruptcy.bnc@ditech.com Jan 14 2020 09:28:37
                 Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
                                                                              TOTAL: 1


             ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0


Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
          HAROLD N. KAPLAN    on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com
          JEROME B. BLANK    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
          JOHN L. MCCLAIN    on behalf of Joint Debtor Shannon M. Reynolds aaamcclain@aol.com,
           edpabankcourt@aol.com
          JOHN L. MCCLAIN    on behalf of Debtor David W. Reynolds aaamcclain@aol.com,  edpabankcourt@aol.com
          KEVIN G. MCDONALD    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
          ROBERT J. DAVIDOW    on behalf of Creditor    Ditech Financial LLC robert.davidow@phelanhallinan.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    Ditech Financial LLC paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                          TOTAL: 9

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-10383-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| David W. Reynolds<br>9636 Convent Avenue<br>Philadelphia PA 19114 | Shannon M. Reynolds<br>9636 Convent Avenue<br>Philadelphia PA 19114 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/10/2020.

Name and Address of Alleged Transferor(s):

Claim No. 5: Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154

Name and Address of Transferee:

New Residential Mortgage LLC
P.O. Box 10826
Greenville, SC 29603-0826

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    01/15/20

Tim McGrath
**CLERK OF THE COURT**