# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Shannon M. Reynolds<br>David W. Reynolds<br>Debtor(s) | Chapter 13 |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>v.<br>Shannon M. Reynolds<br>David W. Reynolds<br>and<br>William C. Miller Esq.<br>Trustee | NO. 18-10383 MDC |

## ORDER

AND NOW, this 7th day of October, 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on April 15, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow NewRez LLC d/b/a Shellpoint Mortgage Servicing and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 9636 Convent Avenue Philadelphia, PA 19114.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge.

cc: See attached service list

Shannon M. Reynolds
9636 Convent Avenue
Philadelphia, PA 19114

David W. Reynolds
9636 Convent Avenue
Philadelphia, PA 19114

William C. Miller Esq.
Chapter 13 Trustee P.O. Box 1229
Philadelphia, PA 19105

John L. McClain Esq.
John L. McClain and Associates P.O. Box 123
Narberth, PA 19072-0123

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532