United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-10383-mdc

David W. Reynolds  Chapter 13

Shannon M. Reynolds

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: PaulP | Page 1 of 2 |
| Date Rcvd: Oct 07, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + David W. Reynolds, Shannon M. Reynolds, 9636 Convent Avenue, Philadelphia, PA 19114-3604

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason**    **Name and Address**
jdb    *+    Shannon M. Reynolds, 9636 Convent Avenue, Philadelphia, PA 19114-3604

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2020    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

**Name**    **Email Address**

HAROLD N. KAPLAN
    on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com

JEROME B. BLANK
    on behalf of Creditor Ditech Financial LLC paeb@fedphe.com

John L. McClain
    on behalf of Debtor David W. Reynolds aaamcclain@aol.com edpabankcourt@aol.com

John L. McClain
    on behalf of Joint Debtor Shannon M. Reynolds aaamcclain@aol.com edpabankcourt@aol.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: PaulP | Page 2 of 2 |
| Date Rcvd: Oct 07, 2020 | Form ID: pdf900 | Total Noticed: 1 |

KEVIN G. MCDONALD
    on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com

ROBERT J. DAVIDOW
    on behalf of Creditor Ditech Financial LLC robert.davidow@phelanhallinan.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Ditech Financial LLC paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shannon M. Reynolds<br>David W. Reynolds<br>              Debtor(s) | Chapter 13 |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>           v.<br>Shannon M. Reynolds<br>David W. Reynolds<br>          and<br>William C. Miller Esq.<br>           Trustee | NO. 18-10383 MDC |

## ORDER

AND NOW, this  7th   day of  October  , 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on April 15, 2019  it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow NewRez LLC d/b/a Shellpoint Mortgage Servicing and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 9636 Convent Avenue Philadelphia, PA 19114.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge.

cc: See attached service list

Shannon M. Reynolds
9636 Convent Avenue
Philadelphia, PA 19114

David W. Reynolds
9636 Convent Avenue
Philadelphia, PA 19114

William C. Miller Esq.
Chapter 13 Trustee P.O. Box 1229
Philadelphia, PA 19105

John L. McClain Esq.
John L. McClain and Associates P.O. Box 123
Narberth, PA 19072-0123

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532