United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                     Case No. 18-10383-mdc
David W. Reynolds                                                                          Chapter 13
Shannon M. Reynolds
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: admin        Page 1 of 3
Date Rcvd: Apr 08, 2021        Form ID: pdf900        Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David W. Reynolds, 9636 Convent Avenue, Philadelphia, PA 19114-3604 |
| jdb | + | Shannon M. Reynolds, 9636 Convent Avenue, Philadelphia, PA 19114-3604 |
| 14043058 | + | Cap1/bstby, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 14043063 | + | Ditech, Attn: Bankruptcy, PO Box 6172, Rapid City, SD 57709-6172 |
| 14220447 | + | Ditech Financial LLC, c/o Thomas Song, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14063395 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14043064 | + | Ecmc, Capital One Retail Srvs/Attn: Bankruptcy, PO Box 30258, Salt Lake City, UT 84130-0258 |
| 14067686 | | Educational Credit Management Corporation, P.O. Box 16408, Saint Paul, MN 55116-0408 |
| 14043066 | | HSBC Retail Services, PO Box 71106, Charlotte, NC 28272-1106 |
| 14043067 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14043068 | + | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14043069 | + | Mayfair Fcu, 2844-46 St Vincent St., Philadelphia, PA 19149-1414 |
| 14450572 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14043070 | + | P H E A A/h C B, AES/DDB, Po Box 8183, Harrisburg, PA 17105-8183 |
| 14043073 | + | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14043074 | | Philadelphia Gas Works, Po Box 11700, Newark, NJ 07101-4700 |
| 14043075 | + | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14061419 | + | Police and Fire Federal Credit Union, 901 Arch Street, Phila., Pa. 19107-2495 |
| 14043076 | + | Raymour and Flanigan, PO Box 130, Liverpool, NY 13088-0130 |
| 14043078 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14043079 | + | The Bureaus Inc., Attention: Bankruptcy Dept., 1717 Central St., Evanston, IL 60201-1507 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 09 2021 01:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 09 2021 01:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 09 2021 01:39:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 09 2021 01:51:21 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14163170 | | Email/Text: megan.harper@phila.gov | Apr 09 2021 01:39:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14043059 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 09 2021 01:39:00 | Comenity Bank/Medchoice, Attention: Bankruptcy, PO Box 182685, Columbus, OH |

Case 18-10383-mdc    Doc 86    Filed 04/10/21    Entered 04/11/21 00:44:51    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 08, 2021 | Form ID: pdf900 | Total Noticed: 38 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 43218-2685 |
| 14043061 | | Email/PDF: DellBKNotifications@resurgent.com Apr 09 2021 01:49:30 | | Dell Financial Services, Dell Financial Services Attn: Bankrupcty, PO Box 81577, Austin, TX 78708 |
| 14066936 | | Email/PDF: DellBKNotifications@resurgent.com Apr 09 2021 01:49:30 | | Dell Financial Services, Dell Financial Services Attn: Bankruptcy, PO Box 81577, Austin, TX 78708 |
| 14043062 | + | Email/PDF: DellBKNotifications@resurgent.com Apr 09 2021 01:51:25 | | Dell PreferredAccount, Po Box 6403, Carol Stream, IL 60197-6403 |
| 14043065 | + | Email/PDF: gecsedi@recoverycorp.com Apr 09 2021 01:51:21 | | Gemb/walmart, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 14043072 | + | Email/Text: bankruptcygroup@peco-energy.com Apr 09 2021 01:39:00 | | PECO, PO Box 13439, Philadelphia, PA 19101-3439 |
| 14043071 | + | Email/Text: bankruptcygroup@peco-energy.com Apr 09 2021 01:39:00 | | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14068403 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 09 2021 01:51:23 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14043791 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 09 2021 01:49:29 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14082719 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 09 2021 01:49:34 | | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14066931 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 09 2021 01:38:00 | | Verizon, PO Box 4003, Acworth, GA 30101-9004 |
| 14043080 | + | Email/Text: megan.harper@phila.gov Apr 09 2021 01:39:00 | | Water Revenue Bureau, 1401 JFK Blvd, Philadelphia, PA 19102-1663 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | New Residential Mortgage LLC, RAS Crane, 10700 Abbotts Bridge Road, Suite 170, UNITED STATES |
| 14043060 | *+ | David W. Reynolds, 9636 Convent Avenue, Philadelphia, PA 19114-3604 |
| 14043077 | *+ | Shannon M. Reynolds, 9636 Convent Avenue, Philadelphia, PA 19114-3604 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 10, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2021 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 08, 2021 | Form ID: pdf900 | Total Noticed: 38 |

| Name | Email Address |
|---|---|
| HAROLD N. KAPLAN | on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com |
| JEROME B. BLANK | on behalf of Creditor Ditech Financial LLC paeb@fedphe.com |
| JOHN L. MCCLAIN | on behalf of Debtor David W. Reynolds aaamcclain@aol.com edpabankcourt@aol.com |
| JOHN L. MCCLAIN | on behalf of Joint Debtor Shannon M. Reynolds aaamcclain@aol.com edpabankcourt@aol.com |
| KEVIN G. MCDONALD | on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING bkgroup@kmllawgroup.com |
| ROBERT J. DAVIDOW | on behalf of Creditor Ditech Financial LLC robert.davidow@phelanhallinan.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Ditech Financial LLC paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 10

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
DAVID W REYNOLDS  
SHANNON M REYNOLDS

Chapter 13

Debtor

Bankruptcy No. 18-10383-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

April 8, 2021

Magdeline D. Coleman  
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
JOHN L. MCCLAIN  
JOHN L MCCLAIN AND ASSOCIATES  
PO BOX 123  
NARBERTH, PA 19072-

Debtor:  
DAVID W REYNOLDS  
SHANNON M REYNOLDS  
9636 CONVENT AVENUE

PHILADELPHIA, PA 19114